**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SHARITA KING,**

              **Plaintiff,**

**-vs-**                                               **Case No. 6:08-cv-960-Orl-22DAB**

**ORLANDO REGIONAL MEDICAL CENTER,**

              **Defendant.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR UNLIMITED DAMAGES (Doc. No. 31)**
>
> **FILED:** December 2, 2008
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

The motion fails to comply with local rule 3.01(g), and is otherwise without merit. The Court is without authority to award "unlimited" damages. Plaintiff is under an obligation to define and ultimately prove her claim, consistent with the applicable law, the federal and local rules and the Orders of the Court.

**DONE** and **ORDERED** in Orlando, Florida on December 4, 2008.

                                                   *David A. Baker*
                                           DAVID A. BAKER
                         UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties